```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 15717
   LAWRENCE V TERONDE
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-5225


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/29/07 .

   2.  The case was dismissed without confirmation, 02/01/2008.

   3.  The Debtor paid a total of $   1280.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TCF MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| TCF MORTGAGE CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| VILLAGE OF ISLAND LAKE | SECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | NOT FILED | .00 | .00 |
| LIGHTHOUSE FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| BENEFICIAL | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| TELECHECK RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |

```
WEST ASSET MANAGEMENT        UNSECURED        NOT FILED              .00           .00
AFNI                         UNSECURED        NOT FILED              .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED      PRIORITY   UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00         .00          .00           .00
PRINCIPAL PAID          .00           .00         .00          .00           .00
INTEREST PAID           .00           .00         .00          .00           .00
TOTAL PAID              .00           .00         .00          .00           .00
```

The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   3500.00
and was paid $   1531.00  direct and $   1205.76  through the plan.

The Trustee received $      74.24 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 05/20/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE